IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Dustin Lee McLellan,** <br> **BOP Reg. # 16854-003,** <br><br>   **Petitioner,** <br><br> **v.** <br><br> **UNITED STATES OF AMERICA,** <br><br>   **Respondent.** | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  1:20-00469-KD <br> ) <br> ) Criminal Action No. 1:17-0093-KD-N <br> ) <br> ) <br> ) |

## **JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Movant Dustin Lee McLellan's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and this motion is **DISMISSED** with prejudice.

It is further **ORDERED, ADJUDGED**, and **DECREED** that Movant is not entitled to a Certificate of Appealability and is not entitled to appeal in forma pauperis

**DONE** this the 4th day of **August 2022**.

                                                  /s/ Kristi K. DuBose <br>
                                                **KRISTI K. DuBOSE** <br>
                                                **UNITED STATES DISTRICT JUDGE**